**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–26629–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kenneth S. Essig
aka Scott Essig
41 Locust Grove Road
Neptune, NJ 07753

Susan A. Essig
41 Locust Grove Road
Neptune, NJ 07753

Social Security No.:
xxx–xx–8028                        xxx–xx–4178

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 7, 2021</u>       <u>Michael B. Kaplan</u>
                                 Judge, United States Bankruptcy Court