Form cscnodsc − ntccsclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−26629−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth S. Essig                                        Susan A. Essig
   aka Scott Essig                                         41 Locust Grove Road
   41 Locust Grove Road                                    Neptune, NJ 07753
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−8028                                             xxx−xx−4178

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: June 7, 2021
JAN: pbf

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-26629-MBK |
| Kenneth S. Essig | Chapter 13 |
| Susan A. Essig | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 07, 2021 | Form ID: cscnodsc | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth S. Essig, Susan A. Essig, 41 Locust Grove Road, Neptune, NJ 07753-7303 |
| cr | + | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| ptcrd | + | Edward Genz, Montenegro Thompson Montenegro & Genz, 531 Burnt Tavern Road, Brick, NJ 08724-1497 |
| cr | + | U.S. Bank National Association, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| 516501939 | + | Bank of America, 4374 Jutland Dr., Ste. 200, POB 17933, San Diego, CA 92177-7921 |
| 516365347 | + | Bank of America, Att: NES, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 516365348 | | Bank of America Home Loans, PO Box 31785, Tampa, FL 33631-3785 |
| 516537393 | + | Bank of America, N.A, P.O. Box 31785, Tampa, FL 33631-3785 |
| 516365352 | + | Edward A. Genz, Esq., 531 Burnt Tavern Rd, Brick, NJ 08724-1497 |
| 516365354 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster Garbus & Garbus, 60 Motor Pkwy, Commack, NY 11725 |
| 516365353 | | Forster Garbus & Garbus, 100 Davidson Ave, Suite 311, Somerset, NJ 08873-1312 |
| 516365359 | | Jane E. Rowe, 2803 Lantern Light Way, Manasquan, NJ 08736 |
| 516365355 | + | Lyons Doughty & Veldhuis, Box 1269, Mt Laurel, NJ 08054-7269 |
| 516365357 | + | Nationstar Mortgage, Att: Bankruptcy Unit, PO Box 619094, Dallas, TX 75261-9094 |
| 516365358 | | Patricia B. Adams, Esq., Campbell Foley, PO Box 1040, Asbury Park, NJ 07712-1040 |
| 518362607 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518362608 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 516572392 | + | U.S. Bank National Association Trustee (See 410), c/o Nationstar Mortgage LLC, PO Box 619096, Dallas, Texas 75261-9096 |
| 516365360 | + | US Bank NA, Trustee, Att: Nationstar Mortgage, Servicer, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 07 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 07 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516365350 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 07 2021 21:09:45 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516439633 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 07 2021 21:08:33 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516365351 | | Email/Text: mrdiscen@discover.com | Jun 07 2021 20:20:00 | Discover, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 516379280 | | Email/Text: mrdiscen@discover.com | Jun 07 2021 20:20:00 | Discover Bank, Discover Products Inc, PO Box |

Case 16-26629-MBK    Doc 69    Filed 06/09/21    Entered 06/10/21 00:14:03    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 07, 2021 | Form ID: cscnodsc | Total Noticed: 28 |

| Recip ID | | Bypass Reason | Email Address | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|---|---|
| | | | | | | 3025, New Albany, OH 43054-3025 |
| 516365356 | | | Email/Text: camanagement@mtb.com | | Jun 07 2021 20:20:00 | M&T Bank, 2100 Route 70, Manchester Township, NJ 08759 |
| 516505967 | + | | Email/Text: mary@rabperformance.com | | Jun 07 2021 20:21:00 | RAB Performance Recoveries, LLC, 700 KINDERKAMACK ROAD, SUITE 211, ORADELL, NJ 07649-1533 |
| 516380313 | | | Email/PDF: gecsedi@recoverycorp.com | | Jun 07 2021 21:08:03 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516960689 | *+ | U.S. Bank National Association, Trustee (See 410), c/o Nationstar Mortgage LLC, PO Box 619096, Dallas, Texas 75261-9096 |
| 516365349 | ##+ | Buckley Madole, PC, 99 Wood Avenue South, Ste 803, Iselin, NJ 08830-2713 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Melissa N. Licker | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Michael Frederick Dingerdissen | on behalf of Creditor BANK OF AMERICA N.A. nj.bkecf@fedphe.com |
| Phillip Andrew Raymond | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 rsolarz@kmllawgroup.com |
| Sindi Mncina | |

District/off: 0312-3 — User: admin — Page 3 of 3
Date Rcvd: Jun 07, 2021 — Form ID: cscnodsc — Total Noticed: 28

on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 smncina@raslg.com

Sindi Mncina
on behalf of Creditor U.S. Bank National Association smncina@raslg.com

Warren Brumel
on behalf of Debtor Kenneth S. Essig wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com

Warren Brumel
on behalf of Joint Debtor Susan A. Essig wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com

TOTAL: 11